# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 9, 2006

131038 & (90)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

THOMAS FRANK URBAN,
      Defendant-Appellant.

SC: 131038
COA: 257728
Otsego CC: 04-002999-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the March 2, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 9, 2006

s0606

Clerk